

**FILED**
OCT 21 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN RE: | CASE NO. 2:14-SW-0429 KJN |
|---|---|
| 3740 DIDCOT CIRCLE<br>SACRAMENTO, CA 95838 | [PROPOSED] ORDER UNSEALING SEARCH WARRANT AND APPLICATION |

The government's request to unseal the application and search warrant in the above case is GRANTED.

SO ORDERED.

DATED: 10/21/14

_____
HON. ALLISON CLAIRE
U.S. Magistrate Judge

[Proposed] Order Unsealing Search Warrant and Application        1